# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

VICTOR T. JACKSON,

    Petitioner,

    v.                                        Case No. 11-C-839

MICHAEL MEISNER
  Warden, Columbia Correctional Institution,

    Respondent.

## ORDER

On September 2, 2011, pro se petitioner Victor T. Jackson filed a petition for a writ of habeas corpus and on December 12, 2011, the respondent filed his answer. The court issued a scheduling order pursuant to which the plaintiff's brief in support of his petition was due by no later than January 16, 2012.

The petitioner did not file a brief or a request for an extension time by that date. Because he is proceeding pro se, the court provided him an additional opportunity to file his brief and also notified him that if failed to do so by March 16, 2012, the court would dismiss the case for failure to prosecute pursuant to Civil Local Rule 41(c) (E.D. Wis.). (Court's Order of February 15, 2012 at 1-2).

As of today's date, the petitioner has not filed a brief or a request for an extension of time

1

in which to do so. Accordingly, this case is dismissed for failure to prosecute pursuant to Civil Local Rule 41(c).

**NOW, THEREFORE, IT IS ORDERED** that this case be and hereby is **dismissed**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 22nd day of March, 2012.

> BY THE COURT:
>
> s/Patricia J. Gorence
> PATRICIA J. GORENCE
> United States Magistrate Judge